UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JUSTIN FLICKINGER,

    Plaintiff,

  v.                                            Civil Action 2:24-cv-2438
                                                   Judge Edmund A. Sargus, Jr.
                                                   Magistrate Judge Chelsey M. Vascura

BANK OF AMERICA CORPORATION,
*et al.*,

    Defendants.

**REPORT AND RECOMMENDATION**

This matter is before the undersigned for a Report and Recommendation on the Court's August 21, 2024 Show Cause Order (ECF No. 12). For the reasons that follow, it is **RECOMMENDED** that Plaintiff's claims against Defendant JPMorgan Chase Bank National Association ("Chase") be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The docket reflects that Chase waived service of process such that it had until August 5, 2024, to move or plead in response to the Complaint. (ECF No. 6.) Although Chase failed to timely file an answer or other response to the Complaint, Plaintiff did not apply for an entry of default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a). On August 21, 2024, the Court ordered Plaintiff to show cause why his claims against Chase should not be dismissed for want of prosecution within fourteen days unless Plaintiff had filed an application for entry of default in the interim. (ECF No. 12.)

To date, Plaintiff has not responded to the Show Cause Order and has not filed an application for entry of default against Chase. It is therefore **RECOMMENDED** that Plaintiff's

claims against Defendant JPMorgan Chase Bank National Association be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to prosecute.

### **PROCEDURE ON OBJECTIONS**

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE