UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JUSTIN FLICKINGER,**
          **Plaintiff,**

    v.                                Case No. 2:24-cv-02438
                                        Judge Edmund A. Sargus, Jr.
**JPMORGAN CHASE BANK**           Magistrate Judge Chelsey M. Vascura
**NATIONAL ASSOCIATION,** *et al.***,**
          **Defendants.**

## ORDER

This matter is before the Court on the September 6, 2024 Report and Recommendation issued by the Magistrate Judge. (R&R, ECF No. 15.) As of August 21, 2024, the docket did not reflect that Plaintiff Justin Flickinger had effected service of process as required by Federal Rule of Civil Procedure 4(m) over LJN Management, LLC ("LJN") or a Defendant identified as John Doe. The Magistrate Judge issued an order for Plaintiff Justin Flickinger to show cause within 14 days why the Court should not dismiss the action against LJN and John Doe and why the Court should allow an extension of time to effect service. (ECF No. 12.) When Plaintiff failed to respond to the Show Cause Order or effect service of process over the LJN and John Doe, the Magistrate Judge issued the Report and Recommendation, recommending Plaintiff's claims against LJN and John Doe be dismissed with prejudice under Rule 4(m) for failure to timely effect service of process. (R&R.)

The parties were advised of their right to object to the Report and Recommendation and of the consequences of failing to do so (*Id.* PageID 54), but did not do so. The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 15.) Because all Defendants have been dismissed (*see* ECF Nos. 18, 19) the Clerk is **DIRECTED** to enter judgment and close the case.

    **IT IS SO ORDERED.**

**11/20/2024**                                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**